Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
Kelsey Dunn, OSB # 244709
(503) 234-0788 │ kelsey@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454


*Attorneys for All Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **APPLEGATE SISKIYOU ALLIANCE and KLAMATH FOREST ALLIANCE**; | Case No. 1:26-cv-00409-MC |
| Plaintiffs, | **JOINT PROPOSED SCHEDULING ORDER** |
| v. | |
| **UNITED STATES BUREAU OF LAND MANAGEMENT**, | |
| Defendant. | |

Plaintiffs have informed Defendant that they intend to move forward with this litigation by filing a motion for a preliminary injunction. The Parties hereby jointly request that the Court approve the preliminary injunction schedule and other terms laid out in this proposed case management scheduling order to promote the orderly, efficient, and equitable litigation of this motion.

### I.    Parties and Representatives

#### A.    Plaintiffs

Plaintiffs in Case No. 1:26-cv-00409-MC are Applegate Siskiyou Alliance and Klamath Forest Alliance. Plaintiffs are represented by:

Meriel L. Darzen (OSB #113645)
Kelsey Dunn (OSB # 244709)
Crag Law Center
3141 E. Burnside Street
Portland, Oregon 97214
Tel: 503-525-2725
Email: meriel@crag.org

#### B.    Defendant

Defendant is the United States Bureau of Land Management (the "BLM"). The BLM is represented by:

Luther L. Hajek (Colorado Bar No. 44303)
U.S. Department of Justice
Environment and Natural Resources Division
999 18th Street
North Terrace, Suite 600
Denver, CO 80202
Tel.: (303) 241-0826
E-mail: luke.hajek@usdoj.gov

///

///

JOINT PROPOSED SCHEDULING ORDER - 1

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2725*

**II.      Plaintiffs' Statement of the Case and Status of Logging Activities**

This case challenges BLM's alleged failure to supplement its National Environmental Policy Act analyses when it authorized and permitted logging and related activities that go beyond what was analyzed and authorized in the Ashland SOS Project, or in the alternative that BLM should have analyzed these effects, including but not limited to the removal and sale of hardwoods, in the initial NEPA analysis. Plaintiffs have also alleged a violation of the applicable Resource Management Plan. BLM is in the process of implementing multiple timber sales in the Ashland SOS Project area. Plaintiffs' claims arise under the National Environmental Policy Act, 42 U.S.C. § 4321 *et seq.*, the Federal Land Policy and Management Act, 43 U.S.C. § 1732(a) *et seq*, and the Administrative Procedure Act, 5 U.S.C. § 706.

Logging and tree removal is currently occurring in two of the sales in the Project area – Apple Saws and Holcomb Hollow. A third sale, Thom Bone, has been purchased but the contract has not yet been awarded. Plaintiffs requested that BLM refrain from awarding that contract until briefing and argument are complete on the Preliminary Injunction motion but BLM declined.

**III.      Proposed Schedule**

The Parties have agreed to the following schedule for the preliminary injunction motions:

- Briefing Schedule
   - Plaintiffs will file their preliminary injunction motions and supporting materials on or before April 22, 2026. Plaintiffs' brief will be limited to 35 pages or 11,000 words under the Court's local rules. L.R. 7-2(b).

JOINT PROPOSED SCHEDULING ORDER - 2

- o Defendant will file its response to the preliminary injunction motion on or before May 13, 2026 with a page limit of 35 pages or 11,000 words under the Court's local rules.  L.R. 7-2(b).

- o Plaintiffs will file their reply briefs on or before May 20, 2026. Plaintiffs' brief will be limited to 35 pages or 11,000 words under the Court's local rules. L.R. 7-2(b).

- o Defendant will file its response to Plaintiffs' Complaint on or before May 4, 2026.

- Oral Argument

  - o If the Court decides that a hearing on the preliminary injunction motions would be beneficial, Plaintiffs respectfully request that the Court set a hearing for the week of May 25, 2026, if possible, or as soon thereafter as the Court's calendar allows.

  - o Defendant's counsel is available to participate in a hearing should the Court deem one beneficial to resolving Plaintiffs' emergency motion.

The Parties respectfully request the Court approve this joint proposed case management order.

DATED this 17th day of April, 2026.


Respectfully submitted,


_/s/_ Meriel L. Darzen_____
Meriel L. Darzen (OSB #113645)
Kelsey Dunn (OSB # 244709)
Crag Law Center
3141 E. Burnside Street
Portland, Oregon 97214
Tel: 503-525-2725


JOINT PROPOSED SCHEDULING ORDER - 3

Email: meriel@crag.org

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Luther L. Hajek (with permission)*
LUTHER L. HAJEK, CO Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (303) 241-0826; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Counsel for Defendant*

JOINT PROPOSED SCHEDULING ORDER - 4

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. (503) 227-2725*